

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-2-1999

# Pacitti v. Macy's

Precedential or Non-Precedential:

Docket 98-1803

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Pacitti v. Macy's" (1999). *1999 Decisions.* Paper 247.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/247

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
              UNITED STATES COURT OF APPEALS
                 FOR THE THIRD CIRCUIT

         _____

            Pacitti, et al v. Macy's, et al
         _____


                   No. 98-1803

         _____


                     ORDER

         _____



         Present:  P. Douglas Sisk, Clerk



         At the specific direction of the Court, the Opinion of the
Court, filed
September 2, 1999, is hereby withdrawn.


                        For the Court,
                        /s/ P. Douglas Sisk
                        Clerk


Date:

Attest:


    _____
    Clerk
```